UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ADA OPARAJI,

                Plaintiff,                               REPORT AND
                                                                    RECOMMENDATION

    -against
                                                                     19 CV 1650 (MKB)(RML)

ABN AMRO MORTGAGE GROUP, INC.,
CITIBANK, N.A., d/b/a CITI MORTGAGE,
INC., RICHARD M. BABECK, and TERRY
JOHNSON,

                Defendants.
-------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Ada Oparaji ("plaintiff") commenced this diversity action on March 22, 2019, asserting claims of negligent misrepresentation, breach of contract, breach of fiduciary duty, fraud, unjust enrichment, and intentional infliction of emotional distress. (See Complaint, dated Mar. 22, 2019, Dkt. No. 1.) On August 9, 2019, plaintiff requested a Certificate of Default as to defendant Richard Babeck. (See Request for Certificate of Default, dated Aug. 9, 2019, Dkt. No. 45.) On August 14, 2019, the Clerk of the Court denied plaintiff's request because plaintiff did not adequately demonstrate service of the Summons and Complaint on that defendant and did not attempt service of her Second Amended Complaint. (See Docket Entry, dated Aug. 14, 2019.) On September 22, 2020, the court dismissed plaintiff's claims against all defendants except Richard Babeck. (See Order, dated Sept. 22, 2020.)

        Over nine months have now passed and plaintiff has not contacted the court or made any effort to pursue her remaining claims. Accordingly, I am constrained to recommend that plaintiff's claims against defendant Richard Babeck be dismissed for lack of prosecution.

Any objections to this Report and Recommendation must be received within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
      July 13, 2021